Debtor 1
Debtor 2  Houghton, Richard Earl & Houghton, Janet E.                      Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |

16. What kind of debts do you have?

   16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
   
   ☐ No. Go to line 16b.
   
   ■ Yes. Go to line 17.

   16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
   
   ☐ No. Go to line 16c.
   
   ☐ Yes. Go to line 17.

   16c. State the type of debts you owe that are not consumer debts or business debts
   
   _____

17. Are you filing under Chapter 7?

   ☐ No. I am not filing under Chapter 7. Go to line 18.
   
   ■ Yes. I am filing under Chapter 7.

   Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?
   
   ■ No
   
   ☐ Yes

18. How many Creditors do you estimate that you owe?

   ■ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

19. How much do you estimate your assets to be worth?

   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ■ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ☐ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

20. How much do you estimate your liabilities to be?

   ☐ $0 - $50,000
   ☐ $50,001 - $100,000
   ■ $100,001 - $500,000
   ☐ $500,001 - $1 million
   ☐ $1,000,001 - $10 million
   ☐ $10,000,001 - $50 million
   ☐ $50,000,001 - $100 million
   ☐ $100,000,001 - $500 million
   ☐ $500,000,001 - $1 billion
   ☐ $1,000,000,001 - $10 billion
   ☐ $10,000,000,001 - $50 billion
   ☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Richard Earl Houghton                         /s/ Janet E. Houghton
Richard Earl Houghton                             Janet E. Houghton
Signature of Debtor 1                             Signature of Debtor 2

Executed on  July 10, 2019                        Executed on  July 10, 2019
             MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1
Debtor 2   Houghton, Richard Earl & Houghton, Janet E.                                Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Cynthia Ravosa                                        Date   **July 10, 2019**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Cynthia Ravosa**
Printed name

**Ravosa Law Offices, P.C.**
Firm name

**1 South Ave Ste 1**
**Natick, MA 01760-4600**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**696996**
Bar number & State

UNITED STATES BANKRUPTCY COURT
District of Massachusetts

In re
Houghton, Richard Earl & Houghton, Janet E.

Case No:
Chapter 7

Debtor

## DECLARATION RE: ELECTRONIC FILING (MA - LOCAL FORM)

**PART I- DECLARATION**

I[We] Houghton, Richard Earl and Houghton, Janet E., hereby declare(s) under penalty of perjury that all of the information contained in my (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7( b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: July 10, 2019

_____ Richard E Houghton _____
(Affiant)

_____ Janet E Houghton _____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Signed: _____
(Attorney for Affiant)
Cynthia Ravosa 696996
Ravosa Law Offices, P.C.
1 South Ave Ste 1
Natick, MA  01760-4600

Certificate Number: 12459-MA-CC-032299528



12459-MA-CC-032299528

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 15, 2019</u>, at <u>10:37</u> o'clock <u>AM PST</u>, <u>Richard Houghton</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Massachusetts</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>February 15, 2019</u>           By:    <u>/s/Hokulani Kabaka</u>

Name:  <u>Hokulani Kabaka</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 12459-MA-CC-032299529



12459-MA-CC-032299529

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 15, 2019, at 10:37 o'clock AM PST, Janet Houghton received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Massachusetts, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:   February 15, 2019           By:     /s/Hokulani Kabaka

                                    Name:   Hokulani Kabaka

                                    Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).