**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>    Richard Earl Houghton<br>    Janet E. Houghton<br>                    Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

**TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES**
**AND TEAMWORK REALTY GROUP AS REAL ESTATE BROKERS**

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now comes David W. Ostrander, Chapter 7 Trustee in the above captioned case ("Trustee"), by his counsel, and requests that the Court authorize him to employ BK Global Real Estate Services ("BKRES") and Teamwork Realty Group ("Teamwork") as real estate brokers, on a commission fee basis, in order to market the residential real estate owned by the Debtors located at 534 Pendleton Avenue, Chicopee, Hampden County, Massachusetts (the "Property"), in expectation of working with the Secured Creditor to gain consent for a "short sale" a/k/a "Consented Sale".  In support of this motion, the Trustee respectfully represents as follows:

1. The Debtors filed a Voluntary Chapter 7 Petition on July 16, 2019 (the "Petition Date").

2. The first Meeting Of Creditors was conducted on September 10, 2019.

3. On Schedule A/B – Property, the Debtors disclosed that they owned the Property as Tenants By The Entirety with a value of $195,100.

4. On Schedule D – Creditors Who Have Claims Secured By Property, the Debtors listed Freedom Mortgage ("Freedom") as mortgagee for the Property, and that approximately $197,417 was owed to Freedom.  Also on Schedule D, the Debtors listed the City of Chicopee-Water Dept. as having a lien on the Property and that approximately $646 was owed.  The Debtors also listed a lien held by Solar

Mosaic, Inc., in the amount of $23,850 for "[l]oan for solar panels and related equipment."[1].

5. At the bottom of Schedule I: Your Income, the Debtors stated the following: "The Debtor and his family (inclusive of the entire household) are moving to Florida on August 1, 2019."

6. The Debtors did not claim an exemption in the Property.

7. At the Meeting Of Creditors conducted on September 10, 2019, the Debtors confirmed that they had moved to Florida and that the Property was now vacant.

8. On August 6, 2019, Freedom filed a motion for relief from stay for the Property stating that the amount owed on the mortgage as of July 19, 2019, was approximately $200,974. On August 19, 2019, the Trustee filed an objection to the motion. A Nonevidentiary Hearing has been scheduled for September 18, 2019, on the motion.

9. The Trustee is investigating a possible "short sale" of the Property.

10. BKRES and its affiliates have proprietary technology and a national team of experienced loan servicing specialists, asset managers, negotiators, trustee relation managers, real estate brokers and agents, closing specialists and attorneys with extensive experience in procuring the consent of mortgage lenders and servicers to sell over-encumbered properties and provide significant cash recoveries through its Consented Sale™ process.

11. Teamwork is a real estate agency with an office in Longmeadow, Massachusetts.

12. As compensation for their services BKRES and Teamwork would receive a commission in the amount of six percent (6%) of the gross sale price upon consummation of the sale of the Property, to be divided evenly between them. If a

---

[1] The Trustee's review of the real estate records at the Hampden Registry Of Deeds did not list any document recorded associated with this purported lien to Solar Mosaic, Inc., although a U.C.C.-1 appears to have been recorded by or behalf of Solar Mosaic, Inc., at the office of the Secretary of the Commonwealth Of Massachusetts on April 20, 2016, listing richard Houghton as the "Debtor." The Trustee contends that the perfection of its purported security interest required the recording of the U.C.C.-1 at the Hampden Registry Of Deeds and therefore the creditor holds an unsecured, rather than secured, claim.

"buyer's agent" was involved in the anticipated sale transaction, the 6% commission would be split evenly with BKRES, Teamwork, and the buyer's agent, each receiving 2%.

13. The "short sale" anticipates a sale price that would be less than the amount due to Freedom on its mortgage debt. As a result, the Trustee anticipates that a sufficient "carve out" from the mortgage debt would be paid to the Bankruptcy Estate to pay administrative expenses and a meaningful dividend to unsecured creditors[2].

14. Both BKRES and Teamwork have been provided a copy of Rule 2014-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District Of Massachusetts ("MLBR") and are aware that the Court may allow compensation different from the compensation described herein, notwithstanding the allowance of this motion by the Court.

**WHEREFORE**, the Trustee requests that he be allowed to employ BKRES and Teamwork to market the Property pursuant to the terms and conditions set forth herein, and granting such other relief that is just and proper.

Dated: September 10, 2019

          David W. Ostrander, Trustee

By: /s/ David W. Ostrander
David W. Ostrander, Esq., BBO#554004
Ostrander Law Office
36 Service Center Road, P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com

---

[2] The deadline for timely filed claims is November 19, 2019.

**In re: Richard & Janet Houghton, Chapter 7, Case No. 19-30568-EDK       Page 3**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>    Richard Earl Houghton<br>    Janet E. Houghton<br>                    Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

## AFFIDAVIT OF PATRICK BUTLER
## ON BEHALF OF BK GLOBAL REAL ESTATE SERVICES

1. I am employed by BK Global Real Estate Services ("BKRES") which is an entity duly licensed as a real estate brokerage by the State of Florida, and is located at 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487. I am broker-in-charge of BKRES and I am authorized by BKRES to submit this Affidavit on its behalf in support of the Trustee's motion to employ BKRES as broker in the above captioned case.

2. Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named Debtor.

3. I am, and each member of my firm is, a "disinterested person" as that term is defined in 11 U.S.C. Section 101(14).

4. My and my firm's connections with the Debtor, any creditor, or other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, are as follows: I was recently contacted by David W. Ostrander, Chapter 7 Trustee of the Debtor, who requested the services of BKRES to market the real estate located at 534 Pendleton Avenue, Chicopee, Hampden County, Massachusetts (the "Property"), for the Bankruptcy Estate.

5. Neither I nor any member of my firm is a relative of a judge of the U.S. Bankruptcy Court for the District of Massachusetts, nor a relative of the United States Trustee for said District.

6. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case, except as follows: the requested 6% commission would be split evenly with Right Key Real Estate Services, and a "buyer's agent" if that situation arose.

7. I have not received a retainer in this case.

8. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

9. I have reviewed the provisions of Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District Of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/10/19

BK Global Real Estate Services

By:_____
Patrick Butler
Broker In Charge
Direct: (561) 866-7155
Office: (855) 658-1254

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>   Richard Earl Houghton<br>   Janet E. Houghton<br>                              Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

## DECLARATION RE: ELECTRONIC FILING

I, Patrick Butler, hereby declare under penalty of perjury that all the information contained in my **AFFIDAVIT ON BEHALF OF BK GLOBAL REAL ESTATE SERVICES** (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to Massachusetts Electronic Filing Local Rule (MEFLR) –7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the Property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of the case.

Dated: 9/10/19

Signed: _____
Patrick Butler

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| In re: | |
|---|---|
| Richard Earl Houghton<br>Janet E. Houghton<br>**Debtors** | Chapter 7<br><br>Case No. 19-30568-EDK |

### AFFIDAVIT OF ON BEHALF OF TEAMWORK REALTY GROUP

10. I am a licensed real estate broker in the Commonwealth Of Massachusetts and a broker with Teamwork Realty Group that has an office located at 175 Dwight Road, Suite 204, Longmeadow, Massachusetts.

11. Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named Debtor.

12. I am, and each member of my firm is, a "disinterested person" as that term is defined in 11 U.S.C. Section 101(14).

13. My and my firm's connections with the Debtor, any creditor, or other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, are as follows: David W. Ostrander, Chapter 7 Trustee of the Debtor, requested my services to market the real estate located at 534 Pendleton Avenue, Chicopee, Hampden County, Massachusetts (the "Property"). I have previously acted as a broker in one other case for which David W. Ostrander was the Chapter 7 Trustee, that being Laurie L. Lefebvre, Chapter 7 Case No. 18-31007-EDK.

14. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case, **unless a "co-broker" situation arises upon which the commission will be split with the broker producing the purchaser**.

15. I have not received a retainer in this case.

16. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

17. I have reviewed the provisions of Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District Of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/10/2019

Teamwork Realty Group

By: _____
Art Richton, Broker
Teamwork Realty Group
175 Dwight Road, Suite 204
Longmeadow, MA 01106
T: (413) 203-6233

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re:
   Richard Earl Houghton
   Janet E. Houghton

                         Debtors

Chapter 7

Case No. 19-30568-EDK

### DECLARATION RE: ELECTRONIC FILING

    I, Art Richton, hereby declare under penalty of perjury that all the information contained in my **AFFIDAVIT ON BEHALF OF RIGHT KEY REAL ESTATE INC.** (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to Massachusetts Electronic Filing Local Rule (MEFLR) –7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the Property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of the case.

Dated: 9/10/2019

Signed: _____
        Art Richton

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>    Richard Earl Houghton<br>    Janet E. Houghton<br>                        Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

### ORDER ON TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY, INC. AS REAL ESTATE BROKERS

Upon consideration of the Chapter 7 Trustee's Motion To Employ BK Global Real Estate Services and Teamwork Realty Group As Real Estate Brokers, no adverse interests having been represented and sufficient reason appearing to me therefor, it is hereby

**ORDERED** that the Trustee's Motion To Employ BK Global Real Estate Services and Teamwork Realty Group As Brokers is allowed. All compensation and expenses will be subject to Court approval.

_____
Honorable Elizabeth D. Katz            Dated
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

In re:
   Richard Earl Houghton
   Janet E. Houghton
                       Debtors

Chapter 7

Case No. 19-30568-EDK

**CERTIFICATE OF SERVICE**

I, David W. Ostrander, do hereby certify that I served a copy of the Trustee's Motion To Employ BK Global Real Estate Services and Teamwork Realty Group As Real Estate Brokers on the following by mailing, first class, postage prepaid, except as otherwise indicated, on September 10, 2019:

| | |
|---|---|
| Office of the U.S. Trustee<br>(via ECF) | Cynthia Ravosa, Esq.<br>Counsel to Debtors<br>(via ECF) |
| Andrew Canella, Esq.<br>Bendett & McHugh, P.C.<br>Counsel To Freedom Mortgage<br>(via ECF) | Richard & Janet Houghton<br>534 Pendleton Avenue<br>Chicopee, MA 01020 |
| Solar Mosaic, Inc.<br>300 Lakeside Drive, Fl 24<br>Oakland, CA 94612 | City of Chicopee-Water Dept.<br>115 Baskin Drive<br>Chicopee, MA 01020 |
| Patrick Butler<br>BK Global Real Estate Services<br>(via email only) | Art Richton<br>Teamwork Realty Group<br>(via email only) |

/s/ David W. Ostrander
David W. Ostrander
Ostrander Law Office
P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com