# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| In re: | |
|---|---|
| Richard Earl Houghton<br>Janet E. Houghton<br><br>Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

## TRUSTEE'S MOTION TO WITHDRAW OBJECTION TO MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now come David W. Ostrander, Chapter 7 Trustee in the above captioned case ("Trustee"), by his counsel, and moves to withdraw his objection to the Motion Of Freedom Mortgage Corporation For Relief From The Automatic Stay ("Motion").

**The Trustee further requests that the hearing on the Motion, presently scheduled for Wednesday, September 18, 2019, at 11:30 A.M. in Springfield be canceled.**

Dated: September 12, 2019

David W. Ostrander, Trustee

By: /s/ David W. Ostrander
David W. Ostrander, Esq., BBO#554004
Ostrander Law Office
36 Service Center Road, P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>    Richard Earl Houghton<br>    Janet E. Houghton<br>                    Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

**CERTIFICATE OF SERVICE**

I, David W. Ostrander, do hereby certify that I served a copy of the Trustee's Motion To Withdraw Objection To Motion Of Freedom Mortgage Corporation For Relief From The Automatic Stay on the following in the manner indicated, on September 12, 2019:

| Office of the U.S. Trustee<br>(via ECF) | Cynthia Ravosa, Esq.<br>Counsel to Debtors<br>(via ECF) |
|---|---|
| Andrew Canella, Esq.<br>Bendett & McHugh, P.C.<br>Counsel To Freedom Mortgage Corp.<br>(via ECF) | |

/s/ David W. Ostrander
David W. Ostrander
Ostrander Law Office
P.O. Box 1237
Northampton, MA 01061-1237
T: (413) 585-9300  F: (413) 585-9490
E: david@ostranderlaw.com