# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| In re:<br>    Richard Earl Houghton<br>    Janet E. Houghton<br><br>                        Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

## ORDER ON TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY, INC. AS REAL ESTATE BROKERS

Upon consideration of the Chapter 7 Trustee's Motion To Employ BK Global Real Estate Services and Teamwork Realty Group As Real Estate Brokers, no adverse interests having been represented and sufficient reason appearing to me therefor, it is hereby

**ORDERED** that the Trustee's Motion To Employ BK Global Real Estate Services and Teamwork Realty Group As Brokers is allowed.  All compensation and expenses will be subject to Court approval.

_____  09/30/2019
Honorable Elizabeth D. Katz         Dated
U.S. Bankruptcy Judge