**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>   Richard Earl Houghton<br>   Janet E. Houghton<br>                            Debtors | Chapter 7<br><br>Case No. 19-30568-EDK |

## ORDER ON TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE, FREE AND CLEAR OF LIENS AND ENCUMBRANCES

Upon consideration of the Trustee's Motion To Sell Property Of The Estate By Private Sale, Free And Clear Of Liens And Encumbrances ("Motion To Sell Property Of The Estate"), after notice and hearing, it is hereby

**ORDERED** that the Trustee's Motion To Sell Property Of The Estate, that being the real property located at 534 Pendleton Avenue, Chicopee, Hampden County, Massachusetts (the "Property"), to Stephen M. Buynicki ("Buyer") for the price of one hundred fifty-two thousand dollars (**$152,000.00**) is allowed. It is further

**ORDERED** that the Trustee is authorized to make the following payments from the sale proceeds without further Order of this Court: a) typical closing costs associated with the sale of real estate; b) payment to Freedom Mortgage of no less than $138,535.36 in satisfaction of its mortgage on the Property; and c) a broker commission in the amount of $9,120 to be split evenly between BK Global Real Estate Services and Teamwork Realty Group, LLC, each receiving $4,560. The Trustee is further authorized to accept a payment in the amount of $7,660 for the Bankruptcy Estate and shall hold these funds pending further Order of this Court. It is further

**ORDERED** that this Order shall **not** be stayed for 14 days after entry and shall be effective immediately. It is further

**ORDERED** that the Trustee is authorized to execute any and all documents to effectuate the sale.

_____    2/6/20
Honorable Elizabeth D. Katz         Dated
U.S. Bankruptcy Judge